1. Delores M. Williams-Blair (Full Name)
2. Deloreswhutzup@yahoo.com (Email Address)
3. P.O. Box 26562 (Address Line 1)
4. Santa Ana, CA. 92799 (Address Line 2)
5. (714) 714-6157 (Phone Number)
6. Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

FILED
2019 SEP 13 PM 4:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY____D____

IFP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Delores M. Williams-Blair
PLAINTIFF,

vs.

Megan J. Brennan
Postmaster General; Et Al

DEFENDANT(S).

Case No.: SACV19-1749-JLS (ADSx)
(To be supplied by the Clerk)

COMPLAINT FOR:
Employment Discrimination
Disability Discrimination
Retaliation and Failure
to Accommodate

Jury Trial Demanded: ☑ Yes  ☐ No

## I. JURISDICTION

1. This Court has jurisdiction under 28 USC Section 1331. Federal question jurisdiction arises pursuant to 42 U.S.C. Section 2000E et seq. and 29 U.S.C. Section 791 et seq.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. Section 1391 because the events giving rise to this complaint happened in this district.

## III. PARTIES

3. Plaintiff's name is Delores M. Williams-Blair. Plaintiff resides at: P.O. Box 26562 Santa Ana, CA. 92799

4. Defendant Megan J. Brennan is the Postmaster General for the United States Postal Service and is sued in her official capacity.

5. Defendant Scott Ritter is a Carrier Supervisor in the Costa Mesa Main Office and is being sued in his official capacity.

## IV. STATEMENT OF FACTS

Insert ¶ #: I WAS A MAIL CARRIER IN THE COSTA MESA MAIN OFFICE, WHERE I WORKED UNTIL I SUSTAINED AN ON THE JOB INJURY ON JANUARY 22, 1996. I HAVE ATTEMPTED ON SEVERAL OCCASSIONS TO RETURN TO WORK AN MANAGEMENT HAS MADE NO EFFORT TO ACCOMMODATE ME IN MY EMPLOYING DISTRICT.

Insert ¶ #: I ACCEPTED A JOB OFFER FOR A POSITION IN THE CALL CENTER LOCATED IN LOS ANGELES, PENDING CLARIFICATION FROM MY PHYSICIAN. THE JOB WAS FOUND TO BE UNSUITABLE BY BOTH MY PHYSICIAN AS WELL AS MY CLAIMS EXAMINER AT THE DEPARTMENT OF LABOR

Insert ¶ #: My civil Right have

SEE Exhibit A

3

*Page Number*

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Employment Discrimination in Violation of 42 U.S.C. Section 2000e et seq.

(As against Defendant(s): All Defendants)

___: No effort was made to accomodate me in Santa Ana District while other injured carrier were being accommodated

___: I was forced to drive more than 50 miles one way

**SECOND CAUSE OF ACTION**

Employment Discrimination in Violation of 29 U.S.C. Section 791 et seq
*insert title of cause of action*

(As against Defendant(s): All Defendants )

___
*Insert ¶ #*

___
*Insert ¶ #*

___
*Insert ¶ #*

5

*Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_: To be restored to my previous job with full seniority, priviledges and benefits

_Insert ¶ #_: Compensation for damages to the maximum amount allowable by the courts to include interest and TSP contributions, Social Security Benefits

_Insert ¶ #_: Reinstated to current salary with full benefits

_Insert ¶ #_:

Dated: SEPTEMBER 13, 2019
Sign: Delores M. Williams-Blair
Print Name: DELORES M. WILLIAMS-BLAIR

6
Page Number

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: September 13, 2019

Sign: /s/ Delores M. Williams-Blair

Print Name: DELORES M. WILLIAMS-BLAIR

4831-5981-9291, v. 1

EXHIBIT A

To Whom it may CONCERN

I am submitting this complaint AS IS in order to meet the timeline required. My husband recently passed and I just had him cremated today. I would like to ask that the court please allow me the opportunity to submit completed or additional paperwork at a later date. Thank you for your time and consideration

Delores M. Williams-Blair

Sept. 13, 2019