FILED

1   Delores M. Williams-Blair (Full Name)

2   Doloreswhutzups@yahoo.com (Email Address)

3   P.O. Box 26562 (Address Line 1)

4   Santa Ana CA. 92799 (Address Line 2)

5   (714) 714-6157 (Phone Number)

6   Plaintiff in Pro Per
   (indicate Plaintiff or Defendant)

7

8

2020 JUN 29  PM 3:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____ygu_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

11

12   Delores M. Williams-Blair

PLAINTIFF,

13

14   vs.

15   Louis DeJoy,

16   Postmaster General

17

18

19

20   DEFENDANT(S).

Case No.: SACV 19-1749-JLS (ADS)x
(To be supplied by the Clerk)

COMPLAINT FOR:

Employment Discrimination
Disability Discrimination
Race Discrimination
Retaliation and Failure
to Accommodate
Harassment

Jury Trial Demanded: ☑ Yes  ☐ No

## I. JURISDICTION

1 This Court has jurisdiction under 28 U.S.C. Section 1331.
Federal question jurisdiction Arises pursuant
to 42 U.S.C. Section 2000e et seq. And
29 U.S.C. Section 791 et seq.

1

## II. VENUE

2

3    2. Venue is proper pursuant to *28 USC Section 1391*

4   *because the events giving Rise to, this*

5   *complaint happened in this district.*

6

7

8

## III. PARTIES

9

10

11

12   3.    Plaintiff's name is *Delores M. Williams-Blair* Plaintiff resides

13   at: _____

14   _____

15   _____

16   _____

17

18   4. Defendant *Louis De joy is the Postmaster*

19   *General for the United States Postal*

20   *Service, and is sued in his official*

21   *capacity.*

22

23

24   5.  Defendant _____

25   _____

26   _____

27   _____

28   _____

## IV. STATEMENT OF FACTS

*Insert ¶ #* I was hired as a Mail Carrier in the Costa Mesa Main Office in 1992 where I worked until I sustained an on the job injury on January 22, 1996. I was sent home by management and placed in a LWOP status from October 1997 until December 1999. Upon my return to work in late 1999, management worked me for 2½ hours a day until my case was accepted on May 25, 2001.

*Insert ¶ #* Following my acceptance of my permanently compressed femoral nerve in my right leg and avascular neucrosis bilaterally, management worked me sparatically ranging from 2½ up to 6 hours a day and on occassions 8 hours a day. I maintained this schedule until I was sent home by management due to medical complications on May 9, 2002.

*Insert ¶ #* My last day working for the USPS was May 9, 2002. I filed a CA-1 given to me by management at the Costa Mesa Main Office, and was placed on periodic rolls for sustaining a consequential injury. There was no reasonable accommodation made or attempted for more than 3 years.

3

*Insert ¶ #*  The job offer for an Express Mail Delivery Clerk was found to be unsuitable due to my medication used to control my pain along with my physical limitations. I remained on periodic rolls for the following 14 years. The next attempt made was not until the job offer at the Customer Care Center in 2013.

*Insert ¶ #*  I accepted the job offer at the Call Center, "pending clarification/clearance from my doctors." I accepted the job offer in good faith in the event it was later found to be suitable. Shortly thereafter I had a total right hip replacement associated with my accepted injury and the job offer was then found to be unsuitable.

*Insert ¶ #*  At this point I had been declared permanent and stationery by my treating physician. I was on periodic rolls with the Office of Workers' Compensation-San Francisco. Upon request from the Agency I was sent for several second opinions to confirm my disability status and time and time again my disability was confirmed and I remained on periodic rolls, with no accommodation from the Agency.

_Insert ¶ #_ I filed two previous EEO's for failing to accommodate me or even making an attempt to find a suitable Rehabilitation position. I also filed for Employment Discrimination, Disability Discrimination, Race Discrimination, failure to Accommodate, Retaliation and Harassment.

_Insert ¶ #_ Over the years my health has continued to deteriorate and managers at the USPS has continued to harass me and threaten to terminate me for not Reporting to work although they are well aware of my limitations.

_Insert ¶ #_ In 2014 issues were raised about the distance involved. My medication causes me to become extremely sleepy and it was made very clear that this would not only jeopardize my well being but would also create a risk for others. My physician as well as my claims examiner (Diane Marksman) at the time, told the agency that the job offer in question is unsuitable.

*Insert ¶ #* My husband was battling Cancer for the past 7 years, from (2012-2019) WE moved to Arizona to SEEK treatment options. I put in a change of address and the Same 2013 job offer was presented once again. I returned to California for my mandatory appointments as well as for a second opinion examination Requested by the Agency.

*Insert ¶ #*

*Insert ¶ #*

1
2
3
4
5
6
7
8

## V. <u>CAUSES OF ACTION</u>

### FIRST CAUSE OF ACTION

Employment Discrimination in Violation of 42 U.S.C. Section 2000e
(Title VII of the Civil Rights Act (count I-V)

(As against Defendant(s): All Defendants

9
10
11
12
13
14
15

*Insert ¶ #* No attempts were made to accommodate me before or after the acceptance of my work-related injury. I was never accommodated nor was I allowed to work my full schedule as other injured employees were.

16
17
18
19
20
21

*Insert ¶ #* I fell victim to the Agency's National Reassessment Program which violated the Rehabilitation Act, 29, U.S.C. Section 791(g), which discriminated against employees with disabilities and was sent home.

22
23
24
25
26
27
28

*Insert ¶ #* Title VII of the Civil Rights Act of 1964 was violated when my hours were reduced and I was denied work, while having a known work-related injury by management.

1

**SECOND CAUSE OF ACTION**

2

Disability Discrimination in Violation of the Rehabilitation Act 29 USC Section

3

791(g); ADA 142 USC Section 12112(g); American with Disabilities Act of 1990 Section 1018

(As against Defendant(s):   All Defendants

4

5

)

6

7

Insert ¶ #   The Postal Service Violated the

8

Rehabilitation Act 29 USC Section 791(g)

9

when my hour were cut and I was

10

sent home under the guise that no work

11

was available and no attempt was made to find a suitable position

12

13

Insert ¶ #   The Postal Service Violated the

14

Rehabilitation Act by failing to engage in

15

the interactive process with me and not

16

informing me of my options for reasonable

17

accommodations.

18

19

Insert ¶ #   The Postal Service Violated the

20

Rehabilitation Act by failing to accommodate

21

my disability between the periods of

22

May 9, 2002 and 2013 and then again

23

during the years of 2013 to present.

24

Other employees were accommodated and

25

not required to drive more than 50 miles

26

one way per day.

27

28

8

*Insert ¶ #.* The Postal Service violated the Rehabilitation Act while the Postal Service made few efforts to return me to employment or seek a reasonable accommodation and while knowing of my disability, allowed me to remain on disability and after several years, offered me the same job offer previously found unsuitable.

*Insert ¶ #* I was treated with exception and management created a hostile work environment

*Insert ¶ #*

9

1

## THIRD CAUSE OF ACTION

2

(Retaliation and Failure to Accommodate            )

*insert title of cause of action*

3

(As against Defendant(s):  All Defendants

4

                                                    )

5

6

7

*Insert ¶ #*   The U.S. Postal Service

8

Retaliated against me following

9

my previous EEO Activity

10

11

12

13

*Insert ¶ #*   I am the only employee in

14

my office that has been treated

15

this way with an accepted injury

16

and known disability status

17

18

19

20

*Insert ¶ #*

21

22

23

24

25

26

27

28

Pro Se Clinic Form

10

*Page Number*

1

## FOURTH CAUSE OF ACTION

2    ( HARASSMENT                                                              )

insert title of cause of action

3    (As against Defendant(s):  All DEFENDANTS

4                                                                              )

5

6
7    *Insert ¶ #*   FOR THE PAST 7 YEARS, MANAGERS
8    AT THE LOS ANGELES CALL CENTER HAS
9    CONSTANTLY THREATENED AND HARRASSED
10   ME FOR following MY PHYSICIAN'S ORDERS.
11

12

13

14   *Insert ¶ #*

15

16

17

18

19

20   *Insert ¶ #*

21

22

23

24

25

26

27

28

Pro Se Clinic Form

*11*

*Page Number*

1

2

*Insert* ¶ #

3

4

5

6

7

8

9

10

11

*Insert* ¶ #

12

13

14

15

16

17

18

19

20

*Insert* ¶ #

21

22

23

24

25

26

27

28

*Pro Se Clinic Form*

*12*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_ To be restored to my previous job with full seniority, priviledges and benefits OR A suitable rehabilitation position within the Santa Ana District, in which I was hired.

_Insert ¶ #_ Compensation for damages to the maximum amount allowable by the courts to include interest, benefits, TSP Contributions, and Social Security Benefits.

_Insert ¶ #_ Damages according to Relief; Compensatory Damages, Punitive Damages, Punitive Damages, Liquidated Damages and Restitution

_Insert ¶ #_ To be restored to my current salary as a T-6 mail carrier and assigned the position described in the former job offer with provisions for a permanent position working from home and the stated duties and assigned schedule of Monday through Friday, N/S Saturday + Sunday hours of 5:50am to 2:20 pm.

1

## VII. <u>DEMAND FOR JURY TRIAL</u>

2

3

4     Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5

6

7     Dated: *June 29, 2020*

8

9

10    Sign: *Delores M. Williams-Blair*

11    Print Name: *DELORES M. WILLIAMS-BLAIR*

12               Plaintiff in pro per

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pro Se Clinic Form