JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DELORES M. WILLIAMS-BLAIR,<br><br>          Plaintiff,<br><br>           v.<br><br>LOUIS DEJOY, Postmaster General,<br><br>          Defendants. | No. SACV 19-1749-JLS (ADSx)<br><br>**JUDGMENT** |

Having granted with prejudice the Motion to Dismiss filed by Defendant Louis DeJoy, Postmaster General (Doc. 48), the Court HEREBY ORDERS, ADJUDGES, AND DECREES that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1).

Dated: December 18, 2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1