JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES M. WILLIAMS-BLAIR,<br><br>  Plaintiff,<br><br>  v.<br><br>LOUIS DEJOY, United States Postmaster General,<br><br>  Defendant. | No. 8:19-cv-01749-JLS (ADSx)<br><br>**FINAL JUDGMENT IN FAVOR OF DEFENDANT** |

Defendant's Motion for Summary Judgment (Doc. 63) came before the Honorable Josephine L. Staton.  On July 14, 2022, after full consideration of the pleadings and the parties' briefs, the Court granted Defendant's Motion (Doc. 68).

Accordingly, IT IS HEREBY ORDERED that Final Judgment be entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated:  July 27, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE